1

2   Glenn Zuckerman
    **WEITZ & LUXENBERG, PC**
3   700 Broadway
    New York, New York 10003
4   Telephone: 212-558-5000
    Facsimile: 212-344-5461
5   Attorneys for Plaintiffs

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12  | This Document Relates to: | ) |
    | --- | --- |

13  *Donald Whitman, et al. v. Pfizer Inc*      )   **MDL NO. 1699**
    (06-1350 CRB)                            )   **District Judge: Charles R. Breyer**
14                                               )

15  *Mildred Hance v. Pfizer Inc, et al.*        )
    (06-1718 CRB)                            )

16  *William Lopez, et al. v. Astra Merck, Inc., et al.* )  **STIPULATION AND ORDER OF**
    (06-2621 CRB)                            )   **DISMISSAL WITH PREJUDICE**
17                                               )

18  *Rafaela Roman Velez, et al. v. Astra Merck,* )
    *Inc., et al.*                               )
    (06-2649 CRB)                            )
19                                               )

20  *Luis R. Carrion Velez, et al. v. Astra Merck,* )
    *Inc., et al.*                               )
    (06-2658 CRB)                            )
21                                               )

22  *Teresita Falcon Matos, et al. v. Astra Merck,* )
    *Inc., et al.*                               )
    (06-2660 CRB)                            )
23                                               )

24  *Ronny Maria Sanders, et al. v. Pfizer Inc*  )
    (06-2681 CRB)                            )
25                                               )

26  *Lori Sargent et al. v. Pfizer Inc*          )
    (06-3675 CRB)                            )
27                                               )

    *James Hall, et al. v. Pfizer Inc*           )
    (06-3676 CRB)                            )
28                                               )

    *John Hayhurst v. Pfizer Inc, et al.*        )

                                -1-

    STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
    EAST\42581180.1

1  (06-3758 CRB)                                              )

2  *Bill Casillas, et al. v. Pfizer Inc, et al.*              )
   (06-3958 CRB)                                              )
3                                                             )
   *Patricia Knudsen v. Pfizer Inc, et al.*                   )
4  (06-4043 CRB)                                              )
                                                              )
5  *Betty Moncrief, et al. v. Pfizer Inc, et al.*             )
   (06-4100 CRB)                                              )
6                                                             )
   *Annette Edelen, et al. v. Pfizer Inc, et al.*             )
7  (06-4147 CRB)                                              )

8  *Debbie Mitchell v. Pfizer Inc, et al.*                    )
   (06-4296 CRB)                                              )
9                                                             )
   *Joseph Gastaldi, et al. v. Pfizer Inc, et al.*            )
10 (06-4362 CRB)                                              )

11 *Demetrio Rubio v. Pfizer Inc, et al.*                     )
   (06-4449 CRB)                                              )
12                                                            )
   *Earlene McBride, et al. v. Pfizer Inc, et al.*            )
13 (06-4462 CRB)                                              )

14 *Louis Walkingstick, et al. v. Pfizer Inc, et al.*         )
   (6-4463 CRB)                                               )
15                                                            )
   *Virginia Thorne v. Pfizer Inc, et al.*                    )
16 (06-4464 CRB)                                              )

17 *Rojelio Longoria, et al. v. Pfizer Inc, et al.*           )
   (06-4586 CRB)                                              )
18                                                            )
   *Annie White, et al. v. Pfizer Inc, et al.*                )
19 (06-4678 CRB)                                              )

20 *Martha Stevens, et al. v. Pfizer Inc, et al.*             )
   (06-4920 CRB)                                              )
21                                                            )
   *Janette Smith v. Pfizer Inc, et al.*                      )
22 (06-4977 CRB)                                              )

23 *Roselie Atkins, et al. v. Pfizer Inc, et al.*             )
   (06-5272 CRB)                                              )
24                                                            )
   *Dawna Garza v. Pfizer Inc, et al.*                        )
25 (06-5416 CRB)                                              )

26 *Ralph Adams, et al. v. Pfizer Inc, et al.*                )
   (06-5591 CRB)                                              )
27                                                            )
   *Albert Leong v. Pfizer Inc, et al.*                       )
28 (06-5666 CRB)                                              )

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

1

2   *Catherine Connolly, et al. v. Pfizer Inc, et al.* )
    (06-5738 CRB) )

3   *Randy Masker, et al. v. Pfizer Inc, et al.* )
    (06-5739 CRB) )
4
    *Charlie Rhome, et al. v. Pfizer Inc, et al.* )
5   (06-5740 CRB) )

6   *Paulette Balda, et al. v. Pfizer Inc, et al.* )
    (06-5765 CRB) )
7
    *William Halpin, et al. v. Pfizer Inc, et al.* )
8   (06-5777 CRB) )

9   *Patricia Howard, et al. v. Pfizer Inc, et al.* )
    (06-5916 CRB) )
10
    *Alice Ryan, et al. v. Pfizer, Inc, et al.* )
11  (06-5917 CRB) )

12  *William Coleman, et al. v. Pfizer Inc, et al.* )
    (06-5918 CRB) )
13
    *Monica Mittag, et al. v. Pfizer Inc, et al.* )
14  (06-5919 CRB) )

15  *Cynthia Smith, et al. v. Pfizer Inc, et al.* )
    (06-5963 CRB) )
16
    *John Roof v. Pfizer Inc, et al.* )
17  (06-5964 CRB) )

18  *Lynda Jack, et al. v. Pfizer Inc, et al.* )
    (06-5965 CRB) )
19
    *Ernest Grant v. Pfizer Inc, et al.* )
20  (06-5970 CRB) )

21  *Alice L. Pettit, et al. v. Pfizer Inc, et al.* )
    (06-5973 CRB) )
22
    *Wade Smith, et al. v. Pfizer Inc, et al.* )
23  (06-5975 CRB) )

24  *Richard Gilmore, et al. v. Pfizer Inc, et al.* )
    (06-5977 CRB) )
25
    *Sergio Estrada v. Pfizer Inc, et al.* )
26  (06-5978 CRB) )

27  *John Vallee, et al. v. Pfizer Inc, et al.* )
    (06-5981 CRB) )
28

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EASTW2581180.1

| | |
|---|---|
| 1 | *Betty Scott, et al. v. Pfizer Inc, et al.*      ) |
| | (06-5983 CRB)      ) |
| 2 | ) |
| 3 | *Norman Hamblen, et al. v. Pfizer Inc, et al.*   ) |
| | (06-6058 CRB)      ) |
| 4 | *Dennis Johns, et al. v. Pfizer Inc, et al.*    ) |
| | (06-6059 CRB)      ) |
| 5 | ) |
| 6 | *Marion Walker, et al. v. Pfizer Inc, et al.*   ) |
| | (06-6060 CRB)      ) |
| 7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.*  ) |
| | (06-6061 CRB)      ) |
| 8 | ) |
| 9 | *Mary Gonzales, et al. v. Pfizer Inc, et al.*   ) |
| | (06-6062 CRB)      ) |
| 10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.*   ) |
| | (06-6064 CRB)      ) |
| 11 | ) |
| 12 | *Carol Pellini, et al. v. Pfizer Inc, et al.*    ) |
| | (06-6065 CRB)      ) |
| 13 | *Antonio Pratts v. Pfizer Inc, et al.*      ) |
| | (06-6066 CRB)      ) |
| 14 | ) |
| 15 | *Mark Childs v. Pfizer Inc, et al.*       ) |
| | (06-6067 CRB)      ) |
| 16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.*  ) |
| | (06-6068 CRB)      ) |
| 17 | ) |
| 18 | *James E. Garver, et al. v. Pfizer Inc, et al.*  ) |
| | (06-6070 CRB)      ) |
| 19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.*  ) |
| | (06-6071 CRB)      ) |
| 20 | ) |
| 21 | *Beth Lehnan, et al. v. Pfizer Inc, et al.*    ) |
| | (06-6073 CRB)      ) |
| 22 | *Sharon Payne, et al. v. Pfizer Inc, et al.*   ) |
| | (06-6075 CRB)      ) |
| 23 | ) |
| 24 | *Nancy Harsh, et al. v. Pfizer Inc, et al.*    ) |
| | (06-6083 CRB)      ) |
| 25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.*   ) |
| | (06-6084 CRB)      ) |
| 26 | ) |
| 27 | *Lynda Jack, et al. v. Pfizer, Inc, et al.*    ) |
| | (06-6087 CRB)      ) |
| 28 | *Fred Hardee, et al. v. Pfizer Inc, et al.*    ) |

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1   (06-6088 CRB)                                          )
                                                           )
2   *Lynn Hodges, et al. v. Pfizer Inc, et al.*           )
    (06-6089 CRB)                                          )
3                                                          )
    *Willie Vaughn v. Pfizer Inc, et al.*                 )
4   (06-6092 CRB)                                          )
                                                           )
5   *Pauline Swihart, et al. v. Pfizer Inc, et al.*       )
    (06-6093 CRB)                                          )
6                                                          )
    *Douglas Horton v. Pfizer Inc, et al.*                )
7   (06-6094 CRB)                                          )
                                                           )
8   *June N. Bell v. Pfizer Inc, et al.*                  )
    (06-6095 CRB)                                          )
9                                                          )
    *Jerry Rice, et al. v. Pfizer Inc, et al.*            )
10  (06-6096 CRB)                                          )
                                                           )
11  *Stephen Bryan, et al. v. Pfizer Inc, et al.*         )
    (06-6097 CRB)                                          )
12                                                         )
    *Steven Woods, et al. v. Pfizer Inc, et al.*          )
13  (06-6098 CRB)                                          )
                                                           )
14  *Brad Lovitt, et al. v. Pfizer Inc, et al.*           )
    (06-6116 CRB)                                          )
15                                                         )
    *April Froehlich, et al. v. Pfizer Inc, et al.*       )
16  (06-6117 CRB)                                          )

17          Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

18  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

19  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

20  each side bearing its own attorneys' fees and costs.

-5-

EASTW2581180.1

DATED: /0 - 29 , 2009        By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2 , 2009        By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009        _____
Hon. Charles R. Breyer
United States District Court

-6-